## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   13-cv-1193 |
| ) | |
| REAL PROPERTY LOCATED AT 25563 ) | |
| TOWNLINE ROAD, TREMONT, ) | |
| ILLINOIS, *with all appurtenances and* ) | |
| *improvements thereon*, ) | |
| ) | |
| Defendant. ) | |

## O R D E R  &  O P I N I O N

Before the Court is Plaintiff's Motion for Entry of Default (Doc. 9), in which Plaintiff asks this Court to enter default against the defendant property and Ted Monninger, the owner of the property at issue, as well as against any unknown potential claimants. Mr. Monninger was personally served with a Summons and Complaint on May 16, 2013. (Doc. 6). Additionally, a warrant in rem was posted on the property and notice was published on an official government website. (Doc. 7; Doc. 8). Pursuant to the Federal Rules of Civil Procedure and the published notice of forfeiture, interested parties had sixty days from April 30, 2013, to file a verified claim. Neither Mr. Monninger nor any other interested party has filed a verified claim or answer.[1]

---

[1] Nor have any interested parties timely responded to Plaintiff's Motion for Entry of Default.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Entry of Default (Doc. 9) is GRANTED, and the Clerk is DIRECTED to ENTER DEFAULT against Defendant, Ted Monninger, and all other unknown potential claimants. Further, this cause of action is subject to dismissal for failure to prosecute unless within fourteen days of the entry of default the United States of America requests the entry of a default judgment.

Entered this 10th day of September, 2013.

                                            s/ Joe B. McDade
                                            JOE BILLY McDADE
                                    United States Senior District Judge